## MALOTT v. THE STATE.

ABSTRACT OF RECORD.—A compliance with the 10th rule of the court, requiring abstracts of the record to be filed by the appellant, will be insisted on.

APPEAL from the *Washington* Common Pleas.

FRAZER, J.—This cause is attempted to be submitted without any compliance whatever with the tenth rule of this court, requiring an abstract of the record. A fulfillment of the requirements of that rule is so necessary to a

prompt and correct disposition of the business of this court, and is so well commended by our experience under it, as well as by its existence and enforcement in other appellate courts, that we must insist upon its observance; especially where, as in this case, no important question is involved, and the case would, at any rate, probably be affirmed.

The judgment is affirmed with costs.

*H. Heffren,* for appellant.

*D. E. Williamson,* Attorney General, for the State.